456 A.2d 1085

Commonwealth v. Kline, Appellant.

Submitted March 10, 1982. Mervin A. Heller, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.